**United States District Court**
For the Northern District of California

**\*E-FILED 03-29-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN LOWERY, MATTHEW LOWERY, SALLY LOWERY,<br><br>              Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF SANTA CLARA, OFFICER KIET NGUYEN, OFFICER RICHARD HOUSMAN,<br><br>              Defendants.<br>_____/ | No. C09-05832 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RE-SETTING DEADLINE FOR PLAINTIFFS' CONSENT OR DECLINATION** |

This matter is set for an initial case management conference on March 30, 2010. Pursuant to Civil Local Rule 73-1, no later than March 23, 2010, each party was required to file either a written consent to proceed before a magistrate judge or a request for reassignment to a United States District Court judge. Plaintiffs are free to choose to consent or to request reassignment as they see fit. Nevertheless, they have failed to comply with Civil Local Rule 73-1; and, the court's prior reminders for them to do so have gone unheeded. According to defendants, plaintiffs have also failed to participate in the preparation of a joint case management statement.

Accordingly, the initial case management conference is continued to **April 13, 2010, 1:30 p.m.** No later than **April 2, 2010**, plaintiffs shall file either a (1) Consent to Proceed

1  Before a United States Magistrate Judge or (2) Declination to Proceed Before a Magistrate

2  Judge and Request for Reassignment to a United States District Judge.  The forms are available

3  from the Clerk's Office and on the court's website (www.cand.uscourts.gov).  No later than

4  **April 6, 2010**, plaintiffs shall file their separate case management statement.  Plaintiffs are

5  advised that the failure to comply with this order may result in the imposition of sanctions.

6      SO ORDERED.

7  Dated:   March 29, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1   5:09-cv-05832-HRL Notice has been electronically mailed to:

2   Michael C. Serverian     mserverian@rllss.com, lh@rllss.com

3   Orestes Alexander Cross     orestescross@yahoo.com

4   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.